LAW OFFICE OF MARK GALLAGHER
MARK F. GALLAGHER    6016-0
66 Kaiholu Place
Kailua, Hawai`i  96734
Telephone:  808-535-1500

Attorney for Plaintiff

Electronically Filed
THIRD CIRCUIT
3CCV-24-0000181
22-MAY-2024
11:17 AM
Dkt. 1 CMP

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAI`I

| | |
|---|---|
| JOHN ROE NO. 1,<br><br>    Plaintiff,<br><br>    vs.<br><br>HILTON MANAGEMENT, LLC;<br>WAIKOLOA VILLAGE LESSEE, LLC<br>DBA KOHALA SPA; MATT JOLLEY;<br>JANE DOES 1-10; DOE<br>CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE NON-<br>PROFIT ENTITIES 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO.<br>  (Non-Motor Vehicle Tort)<br><br>COMPLAINT; DEMAND FOR JURY<br>TRIAL |

**COMPLAINT**

Plaintiff John Roe No. 1, a fictitious name used to protect Plaintiff's privacy interests, alleges the following against Defendants Hilton Management LLC; Waikoloa Village Lessee, LLC dba Kohala Spa; Matt Jolley; and all Doe Defendants:

1

EXHIBIT A

## **PARTIES**

a. Plaintiff John Roe No. 1 (hereinafter referred to as "Plaintiff") is an adult male who resides in the State of California.

b. At all times material to the Complaint, Defendant Hilton Management, LLC (hereinafter referred to as "Hilton") was and continues to be a foreign limited liability company, authorized to conduct business and conducting business in the State of Hawaii with a place of business at 69-245 Waikoloa Beach Drive, Waikoloa, Hawaii.

c. At all times material to the Complaint, Defendant Waikoloa Village Lessee, LLC dab Kohala Spa (hereinafter referred to as "Kohala Spa") was a continues to be a foreign limited liability company authorized to conduct business and conducting business in the State of Hawaii with a place of business at 69-245 Waikoloa Beach Drive, Waikoloa, Hawaii.

d. At all times material to the Complaint, Defendant Matt Jolley (hereinafter referred to as "Jolley") was an employee and agent of and under the direct control and supervision of Defendants Hilton and Kohala Spa.

e. Plaintiff has attempted to ascertain the names and identities of possible defendants who are presently unknown

to Plaintiff. Plaintiff's efforts include reviewing public records.

f. Plaintiff alleges upon information and belief, that the conduct of other defendants, presently unknown to Plaintiff, was or may have been a proximate or legal cause of the harm that Plaintiff has suffered as alleged herein.

## **FACTS**

1. On or about July 1, 2023, Plaintiff was a visitor to Hawaii Island. Plaintiff contacted the Kohala Spa at the Hilton Waikoloa Village through its website and made a reservation for a deep tissue massage for 1:30 p.m. that day. Plaintiff understood and relied upon Kohala Spa to be a duly licensed and regulated massage facility. Plaintiff further relied upon the Hilton name, reputation and advertising in choosing the Kohala Spa.

2. Defendants Hilton and Kohala Spa held out the Kohala Spa facility to be a duly licensed and regulated massage facility. Based upon information and belief it was not licensed at the time.

3. At all times material Jolley was a massage therapist employed by the Defendants Hilton and Kohala Spa and under their direct supervision, employ, agency, and control.

4. Plaintiff arrived at the Kohala Spa at approximately 12:55 p.m. on July 1, 2023 and checked in. He was offered an earlier time slot which he accepted and was introduced to his assigned massage therapist, Defendant Jolley. Plaintiff believed that he had requested a female massage therapist and was not provided with information as to why Defendant Jolley had been assigned.

5. Plaintiff disrobed in a treatment room. Defendant Jolley entered and closed the door to assure privacy. Plaintiff and Defendant Jolley were the only persons present in the room. In response to Defendant Jolly's inquiry, Plaintiff advised him that the focus of the massage was his low back, IT band, and achilles which had been taxed by running and playing golf. Defendant Jolley began the massage.

6. During the course of the massage Defendant Jolley, without Plaintiff's consent, sexually manipulated his genitals and sexually assaulted him. Defendant Jolley did not ask for Plaintiff's consent for his actions and Plaintiff did not consent in any way to his actions.

7. After the assault and the door to the room was again opened, Plaintiff told Defendant Jolley that what he had done was completely inappropriate. Plaintiff then

4

immediately reported the event to the Kohala Spa management which contacted the Hawaii Police Department.

8. Plaintiff then reported the incident to the responding Hawaii Police officer.Prior to Defendant Jolley's sexual abuse of Plaintiff, Defendants Hilton and Kohala Spa knew, or should have known, that Defendant Jolley posed a danger to the safety and well-being of their patrons.

9. At all times relevant to this Complaint Defendant Jolley was an employee of Defendant Hilton and/or Defendant Kohala Spa which are responsible for his actions pursuant to the doctrine of respondeat superior.

10. As a direct result of Defendants' conduct, Plaintiff has suffered and continues to suffer from injuries including, but not limited to: great pain of mind and body; severe and permanent emotional distress; physical manifestations of emotional distress; psychological injuries; feelings of shame, embarrassment, and powerlessness; has incurred and will incur expenses for medical and/or psychological treatment, therapy and counseling.

### COUNT ONE

### SEXUAL ASSAULT AND BATTERY AGAINST DEFEDANT JOLLEY Plaintiff incorporates all paragraphs of this Complaint as if fully set forth under this count.

11. Defendant Jolley intentionally touched and manipulated the body and genitals of Plaintiff in a sexual manner.

12. At all times material, the aforesaid conduct of Defendant Jolley was offensive to Plaintiff and done without Plaintiff's consent.

13. Defendant Jolley knew or should have known that Plaintiff would find such conduct offensive.

14. As a direct result of Defendant Jolley's intentional conduct, Plaintiff has suffered the injuries and damages described herein.

## COUNT TWO

### NEGLIGENCE AGAINST DEFENDANT JOLLEY

15. Plaintiff incorporates all paragraphs of this Complaint as if fully set forth under this count.

16. Defendant Jolley touched and manipulated the body and genitals of Plaintiff in a sexual manner.

17. At all times material, the aforesaid conduct of Defendant Jolley was offensive to Plaintiff and done without Plaintiff's consent.

18. Alternatively to the allegations Count One, Defendant Jolley's non-consensual assault of Plaintiff was negligent, grossly negligent, and reckless.

19. As a direct result of Defendant Jolley's conduct, Plaintiff has suffered the injuries and damages described herein.

**COUNT THREE**

**NEGLIGENCE AGAINST DEFENDANTS HILTON AND KOHALA SPA**

20. Plaintiff incorporates all paragraphs of this Complaint as if fully set forth under this count.

21. Defendants Hilton and Kohala Spa had a legal duty to Plaintiff as a customer and patron and the spa which they owned, operated, and or managed. Defendants Hilton and Kohala Spa had a special relationship to their patrons and customers and were responsible to take reasonable actions to protect them from harm.

22. Defendants Hilton and Kohala Spa duties included the duty to properly hire, train, supervise and manage their employees.

23. Defendants Hilton and Kohala Spa, by and through their agents, knew or should reasonably have known, of the danger which Defendant Jolley posed to their guests. Defendants negligently screened, hired, employed, trained, and/or supervised Defendant Jolley thereby providing him the opportunity to commit the wrongful acts against Plaintiff described herein.

7

24. As a result of the above-described conduct, Plaintiff has suffered the injuries and damages described herein.

## COUNT FOUR

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST DEFENDANT JOLLEY

25. Plaintiff incorporates all paragraphs of this Complaint as if fully set forth under this count.

26. Defendant Jolley's conduct toward Plaintiff, as described herein, was outrageous and extreme.

27. A reasonable person would not expect or tolerate the sexual assault suffered by Plaintiff.

28. Defendant Jolley's conduct toward Plaintiff, as described herein, was outrageous and extreme.

29. Defendant Jolley's conduct described herein was intentional and malicious and done for the purpose of causing or with the substantial certainty that Plaintiff would suffer humiliation, mental anguish, and emotional and physical distress.

30. As a result of the above-described conduct, Plaintiff has suffered and continues to suffer pain and suffering, including but not limited to, anxiety, embarrassment and emotional distress.

31. Plaintiff, based on information and belief, alleges that the conduct of Defendant Jolley was oppressive,

8

malicious and despicable in that it was intentional and done in conscious disregard for the rights and safety of others, and was carried out with a conscious disregard of others including Plaintiff's right to be free from such tortious behavior, such as to constitute oppression, fraud or malice.

### COUNT FIVE

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AGAINST ALL DEFENDANTS

32. Plaintiff incorporates all paragraphs of this Complaint as if fully set forth under this count.

33. Defendants' conduct toward Plaintiff, as described herein, was outrageous and extreme.

34. A reasonable person would not expect or tolerate Defendants' conduct.

35. Defendants' conduct described herein was negligent and done for the purpose of causing or with the substantial certainty or reckless or conscious disregard of the likelihood that Plaintiff would suffer humiliation, mental anguish, and emotional and physical distress.

36. As a result of the above-described conduct, Plaintiff has suffered and continues to suffer pain and suffering, including but not limited to, anxiety, embarrassment and emotional distress.

37. Plaintiff, based on information and belief, alleges that the conduct of Defendants was negligent, grossly negligent, oppressive, malicious and despicable in that it was done in reckless manner or with a conscious disregard for the rights and safety of others including Plaintiff, and was carried out with a conscious disregard of their right to be free from such tortious behavior, such as to constitute oppression, fraud or malice.

## COUNT SIX

### DOE DEFENDANTS

38. Plaintiff incorporates all paragraphs of this Complaint as if fully set forth under this count.

39. Doe Defendants are persons or entities whose wrongful acts and/or omissions in some way proximately caused or contributed to Plaintiff's injuries in ways presently unknown to Plaintiff. They may include, inter alia, entities with responsibility for the hiring, training, employing, and/or supervising employees and contractors at the subject spa.

40. Doe Defendants are vicariously liable for the negligence of their agents and/or employees through the doctrine of respondeat superior.

41. As a direct and proximate result of the negligence of Doe Defendants and their employees, Plaintiff has suffered severe and permanent injuries, has incurred medical and rehabilitative expenses, has suffered mental and emotional distress and has lost income and/or earning capacity.

WHEREFORE, Plaintiff prays that judgment be entered in his favor, and against Defendants, jointly and severally for general, special, and punitive damages, together with costs of suit, attorney's fees, pre- and post-judgment interest, and other relief pursuant to Rule 54 of the Hawaii Rules of Civil Procedure.

DATED:  Honolulu, Hawaii, May 22, 2024.


_/s/ Mark F. Gallagher__
Mark Gallagher, Esq.
Attorney for Plaintiff John Roe
No. 1

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAI`I

| | |
|---|---|
| JOHN ROE NO. 1,<br><br>    Plaintiff,<br><br>    vs.<br><br>HILTON MANAGEMENT, LLC;<br>WAIKOLOA VILLAGE LESSEE, LLC<br>DBA KOHALA SPA; MATT JOLLEY;<br>JANE DOES 1-10; DOE<br>CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE NON-<br>PROFIT ENTITIES 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO.<br>    (Non-Motor Vehicle Tort)<br><br>DEMAND FOR JURY TRIAL |

DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury on all issues so triable.

DATED:    Honolulu, Hawai'i, May 22, 2024.


_/s/ Mark F. Gallagher__
Mark F. Gallagher, Esq.
Attorney for Plaintiff

12